# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN
# GREEN BAY DIVISION

GERI JACOBSEN,

      Plaintiff,                      Case No. 24-CV-461

    v.

SV NORTH, LLC, *et al.*,

      Defendants.

## ORDER GRANTING APPROVAL OF COLLECTIVE ACTION SETTLEMENT, PLAINTIFF'S SERVICE AWARD, COUNSEL'S ATTORNEYS' FEES AND COSTS, AND NOTICE, AND CERTIFYING COLLECTIVE

WHEREAS, the Court having reviewed the parties' Joint Motion for and Memorandum in Support of Approval of Collective Action Settlement, Plaintiff's Service Award, Counsel's Attorneys' Fees and Costs, and Notice, and for Certification for Settlement Purposes, the documents filed in support thereof, as well as the record as a whole,

IT IS ORDERED that:

1. The parties' Settlement Agreement & Release, ECF No. 34-1, is **APPROVED** as representing a fair and reasonable resolution of a *bona fide* dispute under the Fair Labor Standards Act ("FLSA").

2. The Settlement Agreement is binding on Plaintiff, Defendants, and Collective Members.

3. The parties' proposed FLSA Collective is **CERTIFIED** pursuant to 29 U.S.C. § 216(b) for settlement purposes.

4. Plaintiff Geri Jacobsen is **APPOINTED** Collective Representative.

5. Walcheske & Luzi, LLC is **APPOINTED** Collective Counsel pursuant to 29 U.S.C. § 216(b).

6. The Settlement Notice as attached to the parties' Settlement Agreement & Release as Exhibit B is **APPROVED** and constitutes the best notice practicable under the circumstances presented and constitutes a valid, due and sufficient notice to all Settlement Class members in full compliance with the requirements of applicable law, including the Due Process Clause of the United States Constitution.

7. Plaintiff's Service Award of $2,500.00 is **APPROVED** as fair and reasonable.

8. Plaintiff's counsel's $450.00 hourly rate is reasonable, and counsel's requested award of attorneys' fees and costs in the total amount of $26,864.38 is **APPROVED** as fair and reasonable.

9. Payments to Plaintiff, her counsel, and all Settlement Class members are **AUTHORIZED** in accordance with the parties' Settlement Agreement & Release.

10. Settlement Class members who wish to be included in the FLSA Collective must cash, deposit, or otherwise negotiate their Settlement Checks per the Notice and within ninety (90) calendar days of issuance.

11. Settlement Class members who wish to not be included in the FLSA Collective and release their potential FLSA claims as outlined in the Amended Complaint should not cash, deposit, or otherwise negotiate their Settlement Checks;

12. Plaintiff's released claims and those of all FLSA Collective members are hereby **DISMISSED** with prejudice.

13. The claims of Settlement Class members who do not cash, deposit, or otherwise negotiate their Settlement Checks per the Notice are hereby **DISMISSED** without prejudice.

14. This matter is hereby **DISMISSED** on the merits, with prejudice, and without further costs to either party.

**SO ORDERED** at Green Bay, Wisconsin this 16 day of September, 2025.

*s/ Byron B. Conway*
BYRON B. CONWAY
United States District Judge